**No. 10-7191. Larry Donnell Jones, Petitioner v. North Carolina.**

562 U.S. 1148, 131 S. Ct. 924, 178 L. Ed. 2d 771, 2011 U.S. LEXIS 102.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 236.

**No. 10-7197. Clive F. Wilson, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1148, 131 S. Ct. 925, 178 L. Ed. 2d 771, 2011 U.S. LEXIS 260.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 419.

**No. 10-7200. James Franklin Pipes, Petitioner v. Correctional Medical Services, et al.**

562 U.S. 1148, 131 S. Ct. 926, 178 L. Ed. 2d 771, 2011 U.S. LEXIS 346.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 290.

**No. 10-7201. Audrey S. Wagstaff, Petitioner v. Department of Education.**

562 U.S. 1148, 131 S. Ct. 979, 178 L. Ed. 2d 771, 2011 U.S. LEXIS 341,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 366 Fed. Appx. 564.

**No. 10-7217. Donald E. Dawson, Petitioner v. John Marshall, Warden.**

562 U.S. 1148, 131 S. Ct. 926, 178 L. Ed. 2d 771, 2011 U.S. LEXIS 444.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7218. Howard Ellis, Petitioner v. James Benedetti, et al.**

562 U.S. 1148, 131 S. Ct. 926, 178 L. Ed. 2d 771, 2011 U.S. LEXIS 591,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 227.

**No. 10-7220. Derrick Allen, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1148, 131 S. Ct. 926, 178 L. Ed. 2d 771, 2011 U.S. LEXIS 179.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 43 So. 3d 690.

**No. 10-7221. Luis Burgos-Santos, Petitioner v. Thomas LaValley, Superintendent, Great Meadow Correctional Facility.**

562 U.S. 1148, 131 S. Ct. 926, 178 L. Ed. 2d 771, 2011 U.S. LEXIS 488.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.